Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 18−17860−RG
> Chapter: 13
> Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric L. Pierce
   29 Bellevue Terrace
   Unit A
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−8757

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/3/20 at 10:00 AM

to consider and act upon the following:

**57** − Certification in Opposition to (related document:56 Creditor's Certification of Default (related document:52 Amended Order (Generic)) filed by Sherri Jennifer Smith on behalf of SPECIALIZED LOAN SERVICING, LLC. Objection deadline is 04/20/2020. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) filed by Creditor SPECIALIZED LOAN SERVICING, LLC) filed by Ralph A Ferro Jr on behalf of Eric L. Pierce. (Attachments: # 1 Exhibit A) (Ferro, Ralph)

Dated: 4/20/20

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court