Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–17860–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Eric L. Pierce
  29 Bellevue Terrace
  Unit A
  Morristown, NJ 07960

Social Security No.:
  xxx–xx–8757

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       9/16/20
Time:       10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney

COMMISSION OR FEES
$3,687.50

EXPENSES
$27.95

If this is a chapter 13 case, the fees and expenses awarded:

☑       will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐       will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 19, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-17860-RG
Eric L. Pierce                                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3          Date Rcvd: Aug 19, 2020
                             Form ID: 137          Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db            +Eric L. Pierce,   29 Bellevue Terrace,   Unit A,   Morristown, NJ 07960-3805
cr            +BANK OF AMERICA, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
cr            +SPECIALIZED LOAN SERVICING, LLC,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,
               Suite 1400,   Philadelphia, PA 19103-1814
517465475     +Alight Solutions,   Box 64044,   The Woodlands, TX 77387-4044
517465476     +Allen S. Glushakow, MD,   Box 114,   Livingston, NJ 07039-0114
517465477     +Anthony Martin, MD,   301 Village AVenue,   Suite E,   Yorktown, VA 23693-5659
517603405      BANK OF AMERICA, N.A.,   Bank of America,   PO BOX 31785,   Tampa FL 33631-3785
517465478     +Bank of America, NA,   100 North Tryon Street,   Charlotte, NC 28202-4000
517586363      Bon Secours,   PO Box 1123,   Minneapolis MN 55440-1123
517465480      Central Client Services, LLC,   9950 Regency Sq. Blvd,   Suite 500 A,   Jacksonville, FL 32225
517465481     +Charmoy Dental,   924 NJ Route 10,   Randolph, NJ 07869-1932
517465483     +CitiBank, NA,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
517536511     +City of Hampton Treasurer,   1 Franklin St, Ste 100,   Hampton, VA 23669-3575
517465485     +Collexx, Inc.,   Box 679,   Long Valley, NJ 07853-0679
517465487      Credit Control Corp,   Box 120570,   Newport News, VA 23612-0570
517465491     +DSNB Macy's,   Box 8218,   Mason, OH 45040-8218
517465489     +David J. Feldman, MD, PA,   16 Pocono Road,   Suite 100,   Denville, NJ 07834-2905
517465492     +Edwards & Edwards,   170 S Independence Mall W,   Ste 874W,   Philadelphia, PA 19106-3334
517465493     +Fairleigh Dickinson FCU,   12 Main Street,   Suite 4,   Madison, NJ 07940-1936
517465494     +First Premier Bank,   3820 N Louise Avenue,   Sioux Falls, SD 57107-0145
517465495     +Firstsource Advantage, LLC,   205 Bryant Woods South,   Amherst, NY 14228-3609
517465498    ++HORIZON FINANCIAL MANAGEMENT LLC,   9980 GEORGIA ST,   CROWN POINT IN 46307-6520
              (address filed with court: Horizon Financial Mgmt,   9980 Georgia Street,
               Crown Point, IN 46307-6520)
517465496      Hampton City Treasurer,   Box 3800,   Hampton, VA 23663-3800
517465497     +Home Depot,   Box 6497,   Sioux Falls, SD 57117-6497
517465499  ++++IMAGING CENTER AT MORRISTOWN,   PO BOX 4238,   PORTSMOUTH NH  03802-4238
              (address filed with court: Imaging Center at Morristown,   Box 6750,
               Portsmouth, NH 03802-6750)
517465500     +Independent Recovery Res,   24 Railroad Avenue,   Patchogue, NY 11772-3518
517465505     +Lyons, Doughty & Veldhuis,   136 Gaither Drive,   Suite 100,   Box 1269,
               Mount Laurel, NJ 08054-2239
517465506      Mary Immaculate Hospital,   Box 409687,   Atlanta, GA 30384-9687
517465508      MinuteClinic of VA,   Attn:#8444J,   Box 14000,   Belfast, ME 04915-4033
517465509      Monarch Recovery Mgmt,   32609 Tillman Dr, Suite 75,   Bensalem, PA 19020
517465510     +Morris FM Assoc PCP,   340 Speedwell Avenue,   Morris Plains, NJ 07950-2124
517465514    ++NORTHWEST RADIOLOGY ASSOCIATES,   45 PINE STREET SUITE 8,   ROCKAWAY NJ 07866-3149
              (address filed with court: Northwest Radiology Assoc.,   45 Pine Street,   Suite 8,
               Rockaway, NJ 07866-3149)
517465515     +Orthopedic Assoc of West Jersey,   600 Mt Pleasant Avenue,   Dover, NJ 07801-1630
517465517     +Primary Care Partners,   Box 71450,   Philadelphia, PA 19176-1450
517465521    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of NJ Div of Taxation,   Box 245,   Trenton, NJ 08695)
517465518     +Saint Clare's Hospital,   25 Pocono Road,   Denville, NJ 07834-2954
517465519     +Sears/CBNA,   Box 6282,   Sioux Falls, SD 57117-6282
518563896     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
518563897     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517465523      TPMG,   Box 896049,   Charlotte, NC 28289-6049
517544238      UNITED STATES DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,
               MADISON, WI 53708-8973
517465524     +US Dept of Edn/Glel,   2401 International,   POB 7859,   Madison, WI 53707-7859
517465525      VAPCS,   Box 392078,   Pittsburgh, PA 15251-9078
517465528     +Whipple Tree Emergency Phys.,   Box 37992,   Philadelphia, PA 19101-0592

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 23:26:27    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 23:26:26    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517465479     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 19 2020 23:35:49    Capital One Bank,
               4851 Cox Road,   Glen Allen, VA 23060-6293
517465484     +E-mail/Text: mediamanagers@clientservices.com Aug 19 2020 23:25:39    Client Services,
               3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
517465486      E-mail/Text: CCICollectionsGlobalForms@cox.com Aug 19 2020 23:26:43    Cox Communications,
               Box 9001087,   Louisville, KY 40290-1087
517465488     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 19 2020 23:35:53    Credit One Bank,
               Box 98873,   Las Vegas, NV 89193-8873

```
District/off: 0312-2          User: admin              Page 2 of 3             Date Rcvd: Aug 19, 2020
                             Form ID: 137             Total Noticed: 71
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517465490       E-mail/Text: DEbankruptcy@domenergy.com Aug 19 2020 23:25:46      Dominion Virginia Power,
                Box 26543,   Richmond, VA 23290-0001
517465501       E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 19 2020 23:25:58       Internal Revenue Service,
                Box 7346,   Philadelphia, PA 19101-7346
517465502       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 19 2020 23:26:34       Jefferson Capital System,
                16 McLeland Road,   Saint Cloud, MN 56303
517611491       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 19 2020 23:26:34       Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
517465482       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 19 2020 23:36:20      Chase Bank, NA,
                200 White Clay Center Drive,   Newark, DE 19711
517465504       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 23:35:59      LVNV Funding, LLC,
                c/o Reurgent Capital  Services, LP,   Box 10675,   Greenville, SC 29603-0675
517610025       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 23:35:23
                LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
                FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517465503      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 19 2020 23:26:49      LabCorp,
                Processing Center,   Box 55126,   Boston, MA 02205-5126
517465507      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 19 2020 23:26:25      Midland Funding LLC,
                2365 Northside Drive,   Ste 30,   San Diego, CA 92108-2709
517465513      +E-mail/Text: bankruptcydepartment@tsico.com Aug 19 2020 23:26:46      NCC Business Service,
                9428 Baymeadows Rd,   Suite 200,   Jacksonville, FL 32256-7912
517465511       E-mail/Text: NCI_bankonotify@ncirm.com Aug 19 2020 23:25:42      Nationwide Credit,   Box 14581,
                Des Moines, IA 50306-3581
517599169       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2020 23:36:28
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
517590736       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2020 23:36:36
                Portfolio Recovery Associates, LLC,   c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
517465516      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2020 23:35:20
                Portfolio Recovery Services,   120 Corporate Blvd,   Ste 100,   Norfolk, VA 23502-4952
517609173      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 19 2020 23:26:34      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517465520       E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Aug 19 2020 23:26:54      Sentara,   Box 791168,
                Baltimore, MD 21279-1168
517466515      +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 23:35:37      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517465522       E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 23:36:09      Synchrony Bank,   Box 965004,
                Orlando, FL 32896-5004
517614337      +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 23:36:09      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517465526      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 19 2020 23:25:30
                Verizon Wireless,   Box 26055,   Minneapolis, MN 55426-0055
517465527       E-mail/Text: g2sogasbnkr@southernco.com Aug 19 2020 23:25:29      Virginia Natural Gas,
                Box 5409,   Carol Stream, IL 60197-5409
                                                                                 TOTAL: 27
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517465512*     +Nationwide Credit,   Box 14581,   Des Moines, IA 50306-3581
517617884*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,   Department of Treasury,
                Division of Taxation,   P.O. Box 245,   Trenton, NJ 08695-0245)
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                    Signature:   /s/Joseph Speetjens

District/off: 0312-2          User: admin              Page 3 of 3          Date Rcvd: Aug 19, 2020
                             Form ID: 137             Total Noticed: 71

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor     SPECIALIZED LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Ralph A Ferro, Jr    on behalf of Debtor Eric L. Pierce ralphferrojr@msn.com
          Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC
           nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 9