Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−17860−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric L. Pierce
   29 Bellevue Terrace
   Unit A
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−8757

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 23, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 66 − 64
Order Granting Application For Compensation for Ralph A Ferro, fees awarded: $3,687.50, expenses awarded: $27.95 (Related Doc # 64). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/22/2020. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 23, 2020
JAN: car

                                              Jeanne Naughton
                                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                            Case No. 18-17860-RG
Eric L. Pierce                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 23, 2020
                              Form ID: orderntc        Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
db             +Eric L. Pierce,    29 Bellevue Terrace,    Unit A,    Morristown, NJ 07960-3805
cr             +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +SPECIALIZED LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,
                 Suite 1400,   Philadelphia, PA 19103-1814
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Ralph A Ferro, Jr    on behalf of Debtor Eric L. Pierce ralphferrojr@msn.com
              Sherri Jennifer Smith    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC
               nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```