**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

Order Filed on September 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Eric L. Pierce

_____

In Re:                              )    Case No.:  18-17860 (RG)
                                    )
                                    )    Chapter:  13
**Eric L. Pierce**                  )
                                    )    Judge:  Rosemary Gambardella
                                    )
                                    )    Hearing Date:  9/16/20  10:00 a.m.
_____Debtor____ )

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 22, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Case No.:  18-17860 (RG)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$3,687.50** for services rendered and expenses in the amount of **$27.95** for a total of **$3,715.45**  The allowance shall be payable:

  **X**  through the Chapter 13 Plan as an administrative priority.

  **x**  Plan Payments will increase

- Beginning October 1, 2020, Plan payments will be increased to $1,172.50 for three months.
- Beginning January 1, 2021, Plan payments will be increased to $1,472.50 for 28 months.

United States Bankruptcy Court
District of New Jersey

In re:  
Eric L. Pierce  
    Debtor

Case No. 18-17860-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 23, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2020.  
db         +Eric L. Pierce,   29 Bellevue Terrace,   Unit A,   Morristown, NJ 07960-3805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2020 at the address(es) listed below:  
         Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC  
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
         Ralph A Ferro, Jr    on behalf of Debtor Eric L. Pierce ralphferrojr@msn.com  
         Sherri Jennifer Smith    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com,  
          nj.bkecf@fedphe.com  
         Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC  
          nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                              TOTAL: 9