**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

ERIC L. PIERCE

Order Filed on June 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  18-17860 RG**

**Hearing Date:  6/15/2022**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 16, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  ERIC L. PIERCE

Case No.:  18-17860

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/15/2022 on notice to RALPH A. FERRO, JR.,

ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay the Trustee $3,997.50 by 6/22/2022 or the case will be dismissed

    upon certification of the Trustee with 14 days' notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

    then the case will be dismissed upon certification of the Standing Trustee.