**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                                        CASE NO.: 18-17860
**CHAPTER 13**

**Eric L. Pierce,**
   **Debtor.**
_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

                                                 Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                 Authorized Agent for Secured Creditor
                                                 130 Clinton Rd #202
                                                 Fairfield, NJ 7004
                                                 Telephone: 470-321-7112

                                                 By: /s/Sindi Mncina
                                                      Sindi Mncina
                                                      Email: smncina@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ERIC L. PIERCE
29 BELLEVUE TERRACE
UNIT A
MORRISTOWN, NJ 07960

And via electronic mail to:

RALPH A FERRO
RALPH A FERRO, JR, ESQ LAW OFFICES
66 EAST MAIN STREET, 3RD FLOOR
LITTLE FALLS, NJ 07424

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr