Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17860−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric L. Pierce
   29 Bellevue Terrace
   Unit A
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−8757

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/15/23 at 10:00 AM

to consider and act upon the following:

*91* − Certification in Opposition to (related document:90 Creditor's Certification of Default (related document:45 Order on Motion For Relief From Stay) filed by Kimberly A. Wilson on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust. Objection deadline is 02/24/2023. (Attachments: # 1 Exhibit # 2 Certificate of Service # 3 Proposed Order) filed by Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust) filed by Ralph A Ferro Jr on behalf of Eric L. Pierce. (Ferro, Ralph)

Dated: 2/16/23

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court