Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−17860−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Eric L. Pierce
    29 Bellevue Terrace
    Unit A
    Morristown, NJ 07960

Social Security No.:
    xxx−xx−8757

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/15/23 at 10:00 AM

to consider and act upon the following:

*91* − Certification in Opposition to (related document:90 Creditor's Certification of Default (related document:45 Order on Motion For Relief From Stay) filed by Kimberly A. Wilson on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust. Objection deadline is 02/24/2023. (Attachments: # 1 Exhibit # 2 Certificate of Service # 3 Proposed Order) filed by Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust) filed by Ralph A Ferro Jr on behalf of Eric L. Pierce. (Ferro, Ralph)

Dated: 2/16/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-17860-RG

Eric L. Pierce                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: ntchrgbk | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric L. Pierce, 29 Bellevue Terrace, Unit A, Morristown, NJ 07960-3805 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SPECIALIZED LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Feb 16 2023 20:42:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2023                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | |
| | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust k_wilsonlaw@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |

Marie-Ann Greenberg

    magecf@magtrustee.com

Nicholas V. Rogers

    on behalf of Creditor BANK OF AMERICA  N.A. nj.bkecf@fedphe.com

Phillip Andrew Raymond

    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
    VRMTG Asset Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Ralph A Ferro, Jr

    on behalf of Debtor Eric L. Pierce ralphferrojr@msn.com

Robert P. Saltzman

    on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Sindi Mncina

    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
    VRMTG Asset Trust smncina@raslg.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9