Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17860−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric L. Pierce
   29 Bellevue Terrace
   Unit A
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−8757

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       5/3/23
Time:       10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney

COMMISSION OR FEES
$1,992.50

EXPENSES
$19.37

If this is a chapter 13 case, the fees and expenses awarded:

   ☐    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☑    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows: by the amount sought in this application

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.


Dated: April 12, 2023
JAN:

                    Jeanne Naughton
                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-17860-RG
Eric L. Pierce                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                              Page 1 of 4
Date Rcvd: Apr 12, 2023                     Form ID: 137                             Total Noticed: 77

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric L. Pierce, 29 Bellevue Terrace, Unit A, Morristown, NJ 07960-3805 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SPECIALIZED LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517465475 | + | Alight Solutions, Box 64044, The Woodlands, TX 77387-4044 |
| 517465476 | + | Allen S. Glushakow, MD, Box 114, Livingston, NJ 07039-0114 |
| 517465477 | + | Anthony Martin, MD, 301 Village AVenue, Suite E, Yorktown, VA 23693-5659 |
| 517465480 | | Central Client Services, LLC, 9950 Regency Sq. Blvd, Suite 500 A, Jacksonville, FL 32225 |
| 517465481 | + | Charmoy Dental, 924 NJ Route 10, Randolph, NJ 07869-1932 |
| 517536511 | + | City of Hampton Treasurer, 1 Franklin St, Ste 100, Hampton, VA 23669-3575 |
| 517465485 | + | Collexx, Inc., Box 679, Long Valley, NJ 07853-0679 |
| 517465489 | + | David J. Feldman, MD, PA, 16 Pocono Road, Suite 100, Denville, NJ 07834-2905 |
| 517465492 | + | Edwards & Edwards, 170 S Independence Mall W, Ste 874W, Philadelphia, PA 19106-3334 |
| 517465493 | + | Fairleigh Dickinson FCU, 12 Main Street, Suite 4, Madison, NJ 07940-1936 |
| 517465498 | ++ | HORIZON FINANCIAL MANAGEMENT LLC, 9980 GEORGIA ST, CROWN POINT IN 46307-6520 address filed with court:, Horizon Financial Mgmt, 9980 Georgia Street, Crown Point, IN 46307-6520 |
| 517465496 | | Hampton City Treasurer, Box 3800, Hampton, VA 23663-3800 |
| 517465499 | ++++ | IMAGING CENTER AT MORRISTOWN, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Imaging Center at Morristown, Box 6750, Portsmouth, NH 03802-6750 |
| 517465500 | + | Independent Recovery Res, 24 Railroad Avenue, Patchogue, NY 11772-3518 |
| 517465506 | | Mary Immaculate Hospital, Box 409687, Atlanta, GA 30384-9687 |
| 517465508 | | MinuteClinic of VA, Attn:#8444J, Box 14000, Belfast, ME 04915-4033 |
| 517465509 | | Monarch Recovery Mgmt, 32609 Tillman Dr, Suite 75, Bensalem, PA 19020 |
| 517465510 | + | Morris FM Assoc PCP, 340 Speedwell Avenue, Morris Plains, NJ 07950-2124 |
| 517465514 | ++ | NORTHWEST RADIOLOGY ASSOCIATES, 45 PINE STREET SUITE 8, ROCKAWAY NJ 07866-3149 address filed with court:, Northwest Radiology Assoc., 45 Pine Street, Suite 8, Rockaway, NJ 07866-3149 |
| 517465515 | + | Orthopedic Assoc of West Jersey, 600 Mt Pleasant Avenue, Dover, NJ 07801-1630 |
| 517465517 | + | Primary Care Partners, Box 71450, Philadelphia, PA 19176-1450 |
| 517465518 | + | Saint Clare's Hospital, 25 Pocono Road, Denville, NJ 07834-2954 |
| 517617884 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517465523 | | TPMG, Box 896049, Charlotte, NC 28289-6049 |
| 517465524 | + | US Dept of Edn/Glel, 2401 International, POB 7859, Madison, WI 53707-7859 |
| 517465525 | | VAPCS, Box 392078, Pittsburgh, PA 15251-9078 |
| 517465528 | + | Whipple Tree Emergency Phys., Box 37992, Philadelphia, PA 19101-0592 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 12 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Apr 12 2023 20:30:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 517603405 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Apr 12 2023 20:30:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 517465478 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |
| | | | Apr 12 2023 20:30:00 | Bank of America, NA, 100 North Tryon Street, Charlotte, NC 28202-4000 |
| 517586363 | ^ | MEBN | | |
| | | | Apr 13 2023 12:56:01 | Bon Secours, PO Box 1123, Minneapolis MN 55440-1123 |
| 517465487 | | Email/Text: bankruptcy@credcontrol.com | | |
| | | | Apr 12 2023 20:30:00 | Credit Control Corp, Box 120570, Newport News, VA 23612-0570 |
| 517465479 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 12 2023 20:39:57 | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 517465483 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 12 2023 20:39:44 | CitiBank, NA, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517465484 | + | Email/Text: mediamanagers@clientservices.com | | |
| | | | Apr 12 2023 20:30:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 517465486 | | Email/Text: CCICollectionsGlobalForms@cox.com | | |
| | | | Apr 12 2023 20:31:32 | Cox Communications, Box 9001087, Louisville, KY 40290-1087 |
| 517465488 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Apr 12 2023 20:39:31 | Credit One Bank, Box 98873, Las Vegas, NV 89193-8873 |
| 517465490 | | Email/Text: DEbankruptcy@domenergy.com | | |
| | | | Apr 12 2023 20:30:00 | Dominion Virginia Power, Box 26543, Richmond, VA 23290-0001 |
| 517465491 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 12 2023 20:39:32 | DSNB Macy's, Box 8218, Mason, OH 45050 |
| 517465494 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Apr 12 2023 20:39:33 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517465495 | + | Email/Text: crdept@na.firstsource.com | | |
| | | | Apr 12 2023 20:31:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 517465497 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 12 2023 20:39:58 | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 517465501 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Apr 12 2023 20:30:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 517465502 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 12 2023 20:31:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 517611491 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 12 2023 20:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517465482 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Apr 12 2023 20:39:38 | Chase Bank, NA, 200 White Clay Center Drive, Newark, DE 19711 |
| 517465504 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 12 2023 20:39:34 | LVNV Funding, LLC, c/o Reurgent Capital Services, LP, Box 10675, Greenville, SC 29603-0675 |
| 517610025 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 12 2023 20:39:49 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517465503 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Apr 12 2023 20:31:00 | LabCorp, Processing Center, Box 55126, Boston, MA 02205-5126 |
| 517465505 | + | Email/Text: BKNotice@ldvlaw.com | | |
| | | | Apr 12 2023 20:30:00 | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Box 1269, Mount Laurel, NJ 08054-2239 |

Case 18-17860-RG    Doc 98    Filed 04/14/23    Entered 04/15/23 00:16:12    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 137 | Total Noticed: 77 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517465507 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2023 20:30:00 | Midland Funding LLC, 2365 Northside Drive, Ste 30, San Diego, CA 92108-2710 |
| 517465513 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 12 2023 20:31:00 | NCC Business Service, 9428 Baymeadows Rd, Suite 200, Jacksonville, FL 32256-7912 |
| 517465511 | | Email/Text: NCI_bankonotify@ncirm.com | Apr 12 2023 20:30:00 | Nationwide Credit, Box 14581, Des Moines, IA 50306-3581 |
| 517599169 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2023 20:39:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517590736 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2023 20:39:33 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517465516 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2023 20:39:45 | Portfolio Recovery Services, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 517609173 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 12 2023 20:31:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517465521 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 12 2023 20:30:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 517465519 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 20:39:44 | Sears/CBNA, Box 6282, Sioux Falls, SD 57117-6282 |
| 517465520 | | Email/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com | Apr 12 2023 20:31:00 | Sentara, Box 791168, Baltimore, MD 21279-1168 |
| 518563896 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 12 2023 20:30:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greemwood Village, CO 80111-4720 |
| 519056711 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 12 2023 20:30:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518563897 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 12 2023 20:30:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519056712 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 12 2023 20:30:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 517465522 | | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:32 | Synchrony Bank, Box 965004, Orlando, FL 32896-5004 |
| 517614337 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517466515 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517544238 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 12 2023 20:30:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 519107172 | ^ | MEBN | Apr 13 2023 12:55:28 | US Bank Trust National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519107173 | ^ | MEBN | Apr 13 2023 12:55:25 | US Bank Trust National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, US Bank Trust National Association 75381-4609 |
| 517465526 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 12 2023 20:30:00 | Verizon Wireless, Box 26055, Minneapolis, MN 55426-0055 |
| 517465527 | | Email/Text: g2sogasbnkr@southernco.com | Apr 12 2023 20:30:00 | Virginia Natural Gas, Box 5409, Carol Stream, IL |

Case 18-17860-RG    Doc 98    Filed 04/14/23    Entered 04/15/23 00:16:12    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 137 | Total Noticed: 77 |

60197-5409

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517465512 | *+ | Nationwide Credit, Box 14581, Des Moines, IA 50306-3581 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2023             Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor BANK OF AMERICA N.A. nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Ralph A Ferro, Jr | on behalf of Debtor Eric L. Pierce ralphferrojr@msn.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Sindi Mncina | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9