**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

Order Filed on May 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
(973) 200-0988
Attorney for Debtor
Eric L. Pierce

_____

| | |
|---|---|
| In Re: | ) Case No.: 18-17860 (RG) |
| | ) |
| | ) Chapter: 13 |
| **Eric L. Pierce** | ) |
| | ) Judge: Rosemary Gambardella |
| | ) |
| | ) Hearing Date: 5/3/23 10:00 a.m. |
| Debtor | ) |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 15, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Case No.: 18-17860 (RG)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$1,992.50** for services rendered and expenses in the amount of **$19.37** for a total of **$2,011.87**  The allowance shall be payable:

  **X**      through the Chapter 13 Plan as an administrative priority.

  **X**      Plan Payments will not increase

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17860-RG |
| Eric L. Pierce | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 15, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric L. Pierce, 29 Bellevue Terrace, Unit A, Morristown, NJ 07960-3805 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kimberly A. Wilson
     on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust kimwilson@raslg.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Nicholas V. Rogers
     on behalf of Creditor BANK OF AMERICA  N.A. nj.bkecf@fedphe.com

Phillip Andrew Raymond
     on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Ralph A Ferro, Jr

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: May 15, 2023 Form ID: pdf903 Total Noticed: 1

on behalf of Debtor Eric L. Pierce ralphferrojr@msn.com

Robert P. Saltzman

on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Sindi Mncina

on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9