# alight

**ALIGHT SOLUTIONS**
PO Box 1495
Lincolnshire, IL 60069-1495

May 08, 2023

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 MAY 18  A 10: 53

JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

  V000027

DISTRICT OF NEW JERSEY
MLK JR FEDERAL BUILDING
50 WALNUT STREET
NEWARK NJ  07102

Re: ERIC PIERCE / Case # 18-17860-RG

To Whom It May Concern:

Alight Solutions, LLC processes garnishments for employees of Arconic Corp and their affiliates.

Please be advised we are unable to process the request to garnish/execute on the above party's wages without additional information for one or more of the following reasons:

1. ✓ No social security number / social insurance number and/or an incomplete social security number / social insurance number have been provided.

Review the information in your records and check for errors. Then provide the additional information such as the last 4 digits of the employee's social security number / social insurance number, copies of pay statements, employment application, driver's license, passport, or any other documentation that verifies employment with the company. Also submit a copy of the original order.

Please mail any additional information to Arconic, 201 Isabella St Pittsburgh, PA 15212 or fax to 412-992-5701.

We cannot impose a garnishment against the incorrect person or an exempt party; therefore we are required to reject this order until the additional information required to accurately and appropriately process the garnishment order is received.

If you need to escalate this matter or have questions in reference to this notification, please reach out to 866-658-0014. The Service Center is available via phone between 8:30 a.m. and 5:00 p.m., Central time, Monday through Friday.

Sincerely,

Alight Solutions, LLC
Garnishment Shared Services Team



Form 137 - ngbcompn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18-17860-RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Eric L. Pierce
29 Bellevue Terrace
Unit A
Morristown, NJ 07960

Social Security No.:
xxx-xx-8757

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     5/3/23
Time:    10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney

COMMISSION OR FEES
$3,992.50

EXPENSES
$19.37

If this is a chapter 13 case, the fees and expenses awarded:

- ☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☒ will reduce the amount to be paid to general unsecured creditors under the plan as follows: by the amount sought in this application

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.






