| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Eric L. Pierce<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8757<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–17860–RG | |

# Order of Discharge                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Eric L. Pierce

<u>12/27/23</u>                                            **By the court:** <u>Rosemary Gambardella</u>
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17860-RG |
| Eric L. Pierce | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 27, 2023 | Form ID: 3180W | Total Noticed: 79 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric L. Pierce, 29 Bellevue Terrace, Unit A, Morristown, NJ 07960-3805 |
| intp | | Alight Solutions, LLC, PO Box 1495, Lincolnshire, IL 60069-1495 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SPECIALIZED LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517465475 | + | Alight Solutions, Box 64044, The Woodlands, TX 77387-4044 |
| 517465476 | + | Allen S. Glushakow, MD, Box 114, Livingston, NJ 07039-0114 |
| 517465477 | + | Anthony Martin, MD, 301 Village AVenue, Suite E, Yorktown, VA 23693-5659 |
| 519999068 | + | BON SECOURS, PO BOX 409687, ATLANTA GA 30384-9687 |
| 517465480 | | Central Client Services, LLC, 9950 Regency Sq. Blvd, Suite 500 A, Jacksonville, FL 32225 |
| 517465481 | + | Charmoy Dental, 924 NJ Route 10, Randolph, NJ 07869-1932 |
| 517465485 | + | Collexx, Inc., Box 679, Long Valley, NJ 07853-0679 |
| 517465489 | + | David J. Feldman, MD, PA, 16 Pocono Road, Suite 100, Denville, NJ 07834-2905 |
| 517465492 | + | Edwards & Edwards, 170 S Independence Mall W, Ste 874W, Philadelphia, PA 19106-3334 |
| 517465493 | + | Fairleigh Dickinson FCU, 12 Main Street, Suite 4, Madison, NJ 07940-1936 |
| 517465498 | ++ | HORIZON FINANCIAL MANAGEMENT LLC, 9980 GEORGIA ST, CROWN POINT IN 46307-6520 address filed with court:, Horizon Financial Mgmt, 9980 Georgia Street, Crown Point, IN 46307-6520 |
| 517465496 | | Hampton City Treasurer, Box 3800, Hampton, VA 23663-3800 |
| 517465499 | | Imaging Center at Morristown, Box 6750, Portsmouth, NH 03802-6750 |
| 517465500 | + | Independent Recovery Res, 24 Railroad Avenue, Patchogue, NY 11772-3518 |
| 517465506 | | Mary Immaculate Hospital, Box 409687, Atlanta, GA 30384-9687 |
| 517465508 | | MinuteClinic of VA, Attn:#8444J, Box 14000, Belfast, ME 04915-4033 |
| 517465509 | | Monarch Recovery Mgmt, 32609 Tillman Dr, Suite 75, Bensalem, PA 19020 |
| 517465510 | + | Morris FM Assoc PCP, 340 Speedwell Avenue, Morris Plains, NJ 07950-2124 |
| 517465514 | ++ | NORTHWEST RADIOLOGY ASSOCIATES, 45 PINE STREET SUITE 8, ROCKAWAY NJ 07866-3149 address filed with court:, Northwest Radiology Assoc., 45 Pine Street, Suite 8, Rockaway, NJ 07866-3149 |
| 517465511 | | Nationwide Credit, Box 14581, Des Moines, IA 50306-3581 |
| 517465515 | + | Orthopedic Assoc of West Jersey, 600 Mt Pleasant Avenue, Dover, NJ 07801-1630 |
| 517465517 | + | Primary Care Partners, Box 71450, Philadelphia, PA 19176-1450 |
| 517465518 | + | Saint Clare's Hospital, 25 Pocono Road, Denville, NJ 07834-2954 |
| 517465523 | | TPMG, Box 896049, Charlotte, NC 28289-6049 |
| 517465524 | + | US Dept of Edn/Glel, 2401 International, POB 7859, Madison, WI 53707-7859 |
| 517465525 | | VAPCS, Box 392078, Pittsburgh, PA 15251-9078 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 27 2023 20:37:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 517603405 | | EDI: BANKAMER | Dec 28 2023 01:33:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 517465478 | + | EDI: BANKAMER2 | Dec 28 2023 01:33:00 | Bank of America, NA, 100 North Tryon Street, Charlotte, NC 28202-2135 |
| 517586363 | | Email/Text: BNCnotices@dcmservices.com | Dec 27 2023 20:37:00 | Bon Secours, PO Box 1123, Minneapolis MN 55440-1123 |
| 517465487 | | Email/Text: bankruptcy@credcontrol.com | Dec 27 2023 20:37:00 | Credit Control Corp, Box 120570, Newport News, VA 23612-0570 |
| 517465479 | + | EDI: CAPITALONE.COM | Dec 28 2023 01:33:00 | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 517465483 | + | EDI: CITICORP | Dec 28 2023 01:33:00 | CitiBank, NA, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517536511 | + | Email/Text: diane.campbell@hampton.gov | Dec 27 2023 20:37:00 | City of Hampton Treasurer, 1 Franklin St, Ste 100, Hampton, VA 23669-3575 |
| 517465484 | + | Email/Text: mediamanagers@clientservices.com | Dec 27 2023 20:37:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 517465486 | | Email/Text: CCICollectionsGlobalForms@cox.com | Dec 27 2023 20:38:43 | Cox Communications, Box 9001087, Louisville, KY 40290-1087 |
| 517465488 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2023 20:54:17 | Credit One Bank, Box 98873, Las Vegas, NV 89193-8873 |
| 517465490 | | Email/Text: DEbankruptcy@domenergy.com | Dec 27 2023 20:37:00 | Dominion Virginia Power, Box 26543, Richmond, VA 23290-0001 |
| 517465491 | | EDI: CITICORP | Dec 28 2023 01:33:00 | DSNB Macy's, Box 8218, Mason, OH 45050 |
| 517465494 | + | EDI: AMINFOFP.COM | Dec 28 2023 01:33:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517465495 | + | Email/Text: crdept@na.firstsource.com | Dec 27 2023 20:38:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 517465497 | + | EDI: CITICORP | Dec 28 2023 01:33:00 | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 517465501 | | EDI: IRS.COM | Dec 28 2023 01:33:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 517465502 | | EDI: JEFFERSONCAP.COM | Dec 28 2023 01:33:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 517611491 | | EDI: JEFFERSONCAP.COM | Dec 28 2023 01:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517465482 | | EDI: JPMORGANCHASE | Dec 28 2023 01:33:00 | Chase Bank, NA, 200 White Clay Center Drive, Newark, DE 19711 |
| 517465504 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2023 20:43:14 | LVNV Funding, LLC, c/o Reurgent Capital Services, LP, Box 10675, Greenville, SC 29603-0675 |
| 517610025 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2023 20:53:59 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517465503 | + | EDI: CCS.COM | Dec 28 2023 01:33:00 | LabCorp, Processing Center, Box 55126, Boston, MA 02205-5126 |
| 517465505 | + | Email/Text: BKNotice@ldvlaw.com | Dec 27 2023 20:37:00 | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Box 1269, Mount Laurel, NJ 08054-2239 |
| 517465507 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 18-17860-RG   Doc 116   Filed 12/29/23   Entered 12/30/23 00:16:01   Desc Imaged
                             Certificate of Notice   Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2023 | Form ID: 3180W | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 27 2023 20:38:00 | Midland Funding LLC, 2365 Northside Drive, Ste 30, San Diego, CA 92108-2710 |
| 517465513 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 27 2023 20:38:00 | NCC Business Service, 9428 Baymeadows Rd, Suite 200, Jacksonville, FL 32256-7912 |
| 517599169 | | EDI: PRA.COM | Dec 28 2023 01:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517590736 | | EDI: PRA.COM | Dec 28 2023 01:33:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517465516 | + | EDI: PRA.COM | Dec 28 2023 01:33:00 | Portfolio Recovery Services, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 517609173 | + | EDI: JEFFERSONCAP.COM | Dec 28 2023 01:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517465521 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 27 2023 20:37:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 517617884 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 27 2023 20:37:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517465519 | + | EDI: CITICORP | Dec 28 2023 01:33:00 | Sears/CBNA, Box 6282, Sioux Falls, SD 57117-6282 |
| 517465520 | | Email/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com | Dec 27 2023 20:38:00 | Sentara, Box 791168, Baltimore, MD 21279-1168 |
| 518563896 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 27 2023 20:37:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greemwood Village, CO 80111-4720 |
| 519056711 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 27 2023 20:37:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518563897 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 27 2023 20:37:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519056712 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 27 2023 20:37:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 517465522 | | EDI: SYNC | Dec 28 2023 01:33:00 | Synchrony Bank, Box 965004, Orlando, FL 32896-5004 |
| 517466515 | + | EDI: SYNC | Dec 28 2023 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517614337 | + | EDI: AIS.COM | Dec 28 2023 01:33:00 | Synchrony Bank by InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517544238 | | Email/Text: electronicbkydocs@nelnet.net | Dec 27 2023 20:38:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 519107172 | ^ | MEBN | Dec 27 2023 20:35:35 | US Bank Trust National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519107173 | ^ | MEBN | Dec 27 2023 20:35:35 | US Bank Trust National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, US Bank Trust National Association 75381-4609 |
| 517465526 | + | EDI: VERIZONCOMB.COM | Dec 28 2023 01:33:00 | Verizon Wireless, Box 26055, Minneapolis, MN 55426-0055 |
| 517465527 | | Email/Text: g2sogasbnkr@southernco.com | Dec 27 2023 20:37:00 | Virginia Natural Gas, Box 5409, Carol Stream, IL 60197-5409 |

517465528            ^    MEBN
                                  Dec 27 2023 20:35:37    Whipple Tree Emergency Phys., Box 37992, Philadelphia, PA 19101-0592

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520109253 | *+ | Eric L. Pierce, 29 Bellevue Terrace, Unit A, Morristown, NJ 07960-3805 |
| 517465512 | *+ | Nationwide Credit, Box 14581, Des Moines, IA 50306-3581 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023                    Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor BANK OF AMERICA  N.A. nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Ralph A Ferro, Jr | on behalf of Debtor Eric L. Pierce ralphferrojr@msn.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Sindi Mncina | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10